552 A.2d 666

**COMMONWEALTH of Pennsylvania**

v.

**Alvin RANDOLPH, Petitioner.**

Supreme Court of Pennsylvania.

Nov. 9, 1988.

### ORDER

PER CURIAM.

AND NOW, to-wit, this 9th day of November, 1988, the judgment of the Superior Court is vacated and the case is remanded to the Court of Common Pleas of Philadelphia County for a new trial, in light of *Commonwealth v. Rounds*, 518 Pa. 204, 542 A.2d 997 (1988); *Commonwealth v. Davis*, 518 Pa. 77, 541 A.2d 315 (1988); *Commonwealth v. Seese*, 512 Pa. 439, 517 A.2d 920 (1986).